## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SHELLEY A. TUZZATO,　　　　　　　　:　No. 780 MAL 2015
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Respondent　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　Petition for Allowance of Appeal from
　　　　　　　　　　　　　　　　　　　　:　the Order of the Superior Court
　　　　　　　v.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
JOSEPH TUZZATO,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Petitioner　　　　　　　:

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 2nd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.